IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Guy Wayne Moyer,                          :
                     Petitioner          :
                                         :
          v.                             :
                                         :
Pennsylvania Board of Probation and      :
Parole,                                  :
                     Respondent          :          No. 181 C.D. 2015

# **O R D E R**

NOW, December 9, 2015, having considered petitioner's petition for *en banc* reargument, the petition is denied.

_____
DAN PELLEGRINI,
President Judge